IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RANDSTAD TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No._______ |
| COLLABERA, INC., and JEFFREY LUMA | ) | |
| Defendants. | ) | |

**DECLARATION OF SHAM PATEL**

COMES NOW Sham Patel, and in accordance with 28 U.S.C. § 1746, hereby declares as follows:

1.

My name is Sham Patel. I am over the age of twenty-one (21) and of sound mind and fully competent to provide the information in this Declaration. I have given this Declaration based on my personal knowledge and with the understanding that it may be used in this case. I have not been promised anything to provide this Declaration. Although I did not type this Declaration, it accurately reflects the facts as I know them.

2.

I am employed as the President and Chief Operating Officer of Collabera, Inc. ("Collabera"). In this position, I have developed extensive knowledge regarding the industry in which Collabera operates.

3.

I have reviewed the claims asserted by Randstad Technologies, LLC ("Randstad") in this action. As an executive at Collabera, which operates in much of the same market space as Randstad, I am well positioned to evaluate the amount of money in controversy associated with Randstad's Complaint (although I deny any allegations of wrongdoing and that any sums should be owed by either Collabera or Defendant Luma). As set forth below, if Randstad's allegations of monetary harm were true – which they are not – the amount in controversy in this case can exceed $75,000.

4.

Based on my industry experience and knowledge (none of which was gained from Defendant Luma), my opinion and belief is that Randstad's largest customers generate millions of dollars in profits per year for it.

5.

Based on my industry experience and knowledge (none of which was gained from Defendant Luma), my opinion and belief is that if it is true, as Randstad alleges, that Randstad invests heavily in developing and maintaining customer relationships and in attracting and retaining top employees and talent for both its internal operations and for assignments with customers, said investment would exceed $75,000.00.

6.

Based on my industry experience and knowledge (none of which was gained from Defendant Luma), the expense incurred by companies such as Randstad to develop working relationships and customer goodwill can exceed $75,000.00 for larger customers.

7.

Based on my industry experience and knowledge (none of which was gained from Defendant Luma), I am informed and believe that the value of Randstad's business far exceeds $75,000.00.

8.

Defendant Collabera is a New Jersey corporation with a principal place of business located at 110 Allen Road, Basking Ridge, NJ 07920. The State of New Jersey is the State within which Collabera's officers direct, control, and coordinate the

corporation's activities. Collabera maintains its headquarters in the state of New Jersey and said New Jersey headquarters is the actual center of direction, control, and coordination of Collabera's business.

9.

I declare under penalty of perjury that the foregoing is true and correct.

***<<<Signature on Following Page>>>***

Signed on this _1___ day of October, 2018.

Sham Patel