IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RANDSTAD TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No._______ |
| COLLABERA, INC., and JEFFREY LUMA | ) | |
| Defendants. | ) | |

**DECLARATION OF JEFFREY LUMA**

COMES NOW Jeffrey Luma, and in accordance with 28 U.S.C. § 1746, hereby declares as follows:

1.

My name is Jeffrey Luma. I am over the age of twenty-one (21) and of sound mind and fully competent to provide the information in this Declaration. I have given this Declaration based on my personal knowledge and with the understanding that it may be used in this case. I have not been promised anything to provide this

Declaration. Although I did not type this Declaration, it accurately reflects the facts as I know them.

2.

Until recently, I worked as an executive for Randstad Technologies, LLC ("Randstad"). I have not relied on or used any Randstad confidential or proprietary information in this Declaration.

3.

I have reviewed the claims asserted by Randstad in this action. As a former Randstad executive, I am well positioned to evaluate the amount of money in controversy associated with Randstad's Complaint (although I deny all allegations of wrongdoing and that any sums should be owed by either myself or Defendant Collabera, Inc.).

4.

As set forth below, if Randstad's allegations of monetary harm were true – which they are not – the amount in controversy in this case would exceed $75,000.

5.

If it were true, as Randstad alleges, that Randstad invests heavily in developing and maintaining customer relationships and in attracting and retaining top employees

and talent for both its internal operations and for assignments with customers, said investment would far exceed $75,000.00.

6.

Based on my industry experience, the expense incurred by companies such as Randstad to develop and maintain working relationships and customer goodwill can exceed $75,000.00.

7.

The value of Randstad's business far exceeds $75,000.00.

8.

Randstad does <u>not</u> maintain its headquarters in the state of New Jersey, nor is Randstad's principle place of business in the State of New Jersey. Likewise, the center of direction, control, and coordination of Randstad's business is <u>not</u> in the State of New Jersey.

9.

I maintain my residence, or domicile, exclusively in the State of New Jersey. I am not, nor have I been at any time relevant hereto, a resident of/domiciled in any State other than New Jersey.

10.

I declare under penalty of perjury that the foregoing is true and correct.

Oct.
Signed on this 1 day of ~~September~~, 2018.

Jeffrey Luma