**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RANDSTAD TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No._______ |
| | ) | |
| COLLABERA, INC., and JEFFREY LUMA, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF REMOVAL**

TO: Plaintiff Randstad Technologies, LLC
c/o Plaintiff's Attorney of Record
Robert C. Steven & Alex Meier
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
bstevens@seyfarth.com, ameier@seyfarth.com

**PLEASE TAKE NOTICE** that the Defendants in the above-styled action pending in the Superior Court of Cobb County, State of Georgia, Civil Action File No. 18106542, has this day filed in the Atlanta Division of the United States District Court for the Northern District of Georgia a Notice of Removal of this Civil Action to said United States District Court.

A copy of said Notice of Removal is served upon you herewith, and a copy of said Notice of Removal is being filed with the clerk of the Superior Court of Cobb County in conformity with 28 U.S. C. § 1446(d).

Respectfully submitted this 1st day of October, 2018.

*/s/ Brent D. Wasser*
Douglas Duerr
Georgia Bar No. 231772
Brent D. Wasser
Georgia Bar No. 371372

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
duerr@elarbeethompson.com
wasser@elarbeethompson.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RANDSTAD TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.________ |
| | ) | |
| COLLABERA, INC., and JEFFREY LUMA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2018, I electronically filed the foregoing **NOTICE OF FILING OF REMOVAL** with the Clerk of Court using the CM/ECF System and served a true and correct copy of same on the following counsel for Plaintiff via U.S. First Class Mail, postage prepaid, and Email:

Robert C. Steven and Alex Meier
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
bstevens@seyfarth.com, ameier@seyfarth.com

*/s/ Brent D. Wasser*
Brent D. Wasser
Georgia Bar No. 371372